

[ ALCOCK v. MEAD ]

Sarah Alcocke the Relict widdow of m[r] Sam[ll] Alcocke Physitian dece[d] plaint. ag[t] Richard Mead Sen[r] of Roxbury Def[t] in an action of the case for witholding from the s[d] Sarah possession of the house where the said Mead now dwells and the Lands thereto appertaining &c. together with all other Lands belonging or appertaining to the s[d] Alcock lying & scituate in Roxbury and now in the possession of the s[d] Mead & all due damages &c. according to Attachm[t]. . . . The Jury . . . found for the Defend[t] costs of Court: The plaint. appeal[d] from this Judgem[t] unto the next Court of Assistants & put in Security for the prosecution thereof to Effect.

[ Copy of Alcock's Will and Sarah's Reasons of Appeal in S. F. 1721.1, 2. She withdrew her action before it came to trial at the Court of Assistants.]

[ SHEFFEILD v. NITINGALE ]

Edmund Sheffeild Junio[r] plaint. ag[t] William Nitingale Def[dt] in an action of the case for the non payment of Fourty pound Sterling being the forfiture of a bond by Exchange of mony for not performing the Award of Fourteen pounds according to the determinacion of Caleb Hobart, Josiah Chapin Samuel Nile and William Veazy being Arbitrato[rs] indifferently chosen by s[d] Sheffeild & Nitingale as by theire Award bearing date the. Sixth of August. 1677. doth more fully appeare w[th] all [ 499 ] due damages &c. . . . The Jury . . .